424 A.2d 555

Commonwealth v. Cashmere, Appellant.

Submitted June 29, 1979.

Lewis J. Bott, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.**

Judgment of sentence affirmed.